**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Desreen A. Travers, | Case No. 18-cv-393 (SRN/SER) |
| Petitioner, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| Kirstjen Nielsen, *Secretary of the Department of Homeland Security*, Ron Rosenberg, *Director of the Potomac Center of the U.S. Citizenship and Immigration Services, Department of Homeland Security*, and Leslie Tritten, *Director of the Minnesota District Office of the U.S. Citizenship and Immigration Services, Department of Homeland Security*, | |
| Respondents. | |

This matter comes before the Court upon the Report and Recommendation of the United States Magistrate Judge Steven E. Rau, dated August 16, 2018 [Doc. No. 12]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Kirstjen Nielsen, Ron Rosenberg, and Leslie Tritten's Motion to Dismiss [Doc. No. 6] is **GRANTED**; and

2. This case is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: August 31, 2018

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge